# FEBRUARY, 1925.

### W. H. ALLEN v. THE STATE.

No. 8933.   Delivered Feb. 11, 1925.

**Transporting Intoxicating Liquor—Dismissed on Motion of Appellant.**

On the request of appellant, in the form of an affidavit, the appeal is dismissed.

Appeal from the District Court of Hunt County. Tried below before the Hon. Geo. B. Hall, Judge.

Appeal from a conviction of transporting intoxicating liquor; penalty, one year and six months in the penitentiary.

No brief filed for appellant.

*Tom Garrard,* State's Attorney,. and *Grover C. Morris,* Assistant State's Attorney, for the State.

LATTIMORE, Judge.—Appellant was convicted in the district court of. Hunt County of transporting intoxicating liquor, and his punishment fixed at one year and six months in the penitentiary.

There is in the record a request in the form of an affidavit made by appellant asking that his appeal be dismissed. In conformity with such request an order will be entered dismissing said appeal.

*Dismissed.*